ROBERT H. ROTSTEIN (72452)
  rxr@msk.com
PATRICIA H. BENSON (60565)
  phb@msk.com
JEAN PIERRE NOGUES (84445)
  jpn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
CBS Broadcasting Inc., CBS Studios Inc., and
Survivor Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBS BROADCASTING INC., CBS STUDIOS INC., SURVIVOR PRODUCTIONS, LLC, | CASE NO. CV12-4551 PA (JCGx) |
| Plaintiffs, | Hon. Percy Anderson |
| v. | **SUPPLEMENTAL NOTICE OF RELATED CASE (L.R. 83-1.3)** |
| DISH NETWORK CORPORATION; DISH NETWORK L.L.C., | |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP

4732920.2

1

SUPPLEMENTAL NOTICE OF RELATED CASE (L.R. 83-1.3)

1  TO THE DISTRICT COURT, DEFENDANTS, AND THEIR

2  ATTORNEYS OF RECORD:

3

4  On May 29, 2012, Pursuant to Local Rule 83.1.3, Plaintiffs CBS

5  Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC (" Plaintiffs")

6  filed a Notice of Related and Pending Cases (Docket No. 5) to inform this Court,

7  among other things, that they believed the instant case was related to the following

8  two earlier filed cases in the Central District of California:

9

10  • *Fox Broadcasting Company, Twentieth Century Fox Film*

11  *Corporation and Fox Television Holding, Inc. v. Dish Network*

12  *Corporation and Dish Network LLC,* Case No. 12-04529-GHK

13  (SHx)(the "Fox Case")

14  • *NBC Studios LLC, Universal Network Television LLC, Open 4*

15  *Business Productions LLC and NBCUniversal Media, LLC, v. Dish*

16  *Net Corporation and Dish Network,* Case No. CV12-04536 DMG

17  (FFMx) (the "NBC Case")[1]

18

19  On June 6, 2012, the judge in the lowest-numbered case – *i.e.*, the Fox Case

20  -- declined to accept the transfer of the instant case or the NBC Case, on the

21  ground that both cases were subject to self-recusal pursuant to 28 U.S.C. §455(a).

22  *See* Docket No. 9.

23  Plaintiffs believe that even if all three cases cannot be transferred to a single

24  judge, the instant case and the NBC Case remain related, and that the purposes of

25  Local Rule 83.1.3 would be served by relating the instant case and NBC Case,

26  which is the next-lowest numbered case after the Fox Case.

27

28  [1] The NBC Case originally was assigned to Senior United States District Judge Ronald S.W. Lew, who declined the assignment.  The NBC Case subsequently was assigned to United States District Judge Dolly M. Gee.

Mitchell
Silberberg &
Knupp LLP

4732920.2

2

**SUPPLEMENTAL NOTICE OF RELATED CASE (L.R. 83-1.3)**

1    The instant case and the NBC Case are both filed by creators and distributors

2    of prime-time television programming against the identical defendants, which

3    operate the third largest pay television transmission system in the United States.

4    Both cases arise out of defendants' marketing, as part of their subscription satellite

5    TV packages, of an unauthorized service that automatically and completely skips

6    the advertising that is an essential element of prime-time broadcasting.  Offered

7    with its "Hopper" DVR, defendants' "PrimeTime Anytime" and "Auto Hop"

8    services copy the entire prime-time schedules of all of the major national broadcast

9    networks on a wholesale basis and enable their customers to watch all of that

10   programming on an entirely commercial-free basis.  Plaintiffs in both lawsuits are

11   owners of copyrights in prime-time television programs, who allege that

12   defendants' conduct constitutes direct, inducement of, contributory, and vicarious

13   copyright infringement.  Plaintiffs in both cases are represented by the same

14   counsel, as are defendants.

15      Under Local Rule 83-1.3, this action is related to the NBC Case because it

16   arises from the same the same happenings and events as the NBC Case (83-1.3

17   (a)), calls for determination of the same questions of law and fact (83-1.3 (b)) and

18   "would entail substantial duplication of labor if heard by different judges" (83-

19   1.3(c).

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4732920.2

**SUPPLEMENTAL NOTICE OF RELATED CASE (L.R. 83-1.3)**

1    DATED:  July 16, 2012                    RESPECTFULLY SUBMITTED,

2                                             ROBERT H. ROTSTEIN
                                             PATRICIA H. BENSON
3                                             JEAN PIERRE NOGUES
                                             MITCHELL SILBERBERG & KNUPP
4                                             LLP

5

6                                             By: s/ Jean Pierre Nogues
                                             _____
7                                                Jean Pierre Nogues
                                                Attorneys for Plaintiffs
8                                                CBS Broadcasting Inc., CBS Studios
                                                Inc., and Survivor Productions, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

4732920.2

                              4
          SUPPLEMENTAL NOTICE OF RELATED CASE (L.R. 83-1.3)