AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

ORIGINAL

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED<br>CV12-4551       5/24/2012 | UNITED STATES DISTRICT COURT<br>312 SPRING STREET<br>LOS ANGELES, CA  90012 |
| PLAINTIFF<br>CBS BROADCASTING INC.; CBS STUDIOS, INC.; SURVIVOR PRODUCTIONS LLC CASE NUMBER | DEFENDANT<br>DISH NETWORK CORPORATION; DISH NETWORK L.L.C |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  Pending | 60 Minutes | CBS Broadcasting Inc. |
| 2  PA 1-768-102 | Blue Bloods, Black and Blue | CBS Studios Inc. |
| 3  PA 1-768-012 | Blue Bloods, Lonely Hearts Club | CBS Studios Inc. |
| 4  PA 1-766-133 | CSI: Miami, By the Book | CBS Broadcasting Inc. |
| 5 | See ATTACHMENT A for addiitional copyrights | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment<br>Case transferred to the Southern District of New York | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>9/4/2012 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>9/12/2012 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## ATTACHMENT A

(to REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT)

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| PA 1-759-640 | CSI: NY, Officer Involved | CBS Broadcasting Inc. |
| PA 1-771-490 | CSI: Crime Scene Investigation, Genetic Disorder | CBS Broadcasting Inc. |
| PA 1-765-824 | CSI: NY, Air Apparent | CBS Broadcasting Inc. |
| PA 1-768-219 | The Good Wife, Get a Room | CBS Studios Inc. |
| PA 1-778-988 | NCIS, Secrets | CBS Studios Inc. |
| PA 1-768-118 | NCIS: Los Angeles, Grade | CBS Studios Inc. |
| PA 1-768-452 | NCIS, Engaged Part 1 | CBS Studios Inc. |
| PA 1-768-447 | NCIS, Engaged Part II | CBS Studios Inc. |
| Pending | Survivor: One World, Perception is Not Always Reality | Survivor Productions LLC |